IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUNSON MEDICAL CENTER,
a domestic non-profit corporation,
MUNSON MEDICAL CENTER d/b/a
MUNSON GENERAL SURGERY,
d/b/a MUNSON NEUROSURGERY,
d/b/a MUNSON TRAUMA ACUTE CARE,
MUNSON HEALTHCARE CADILLAC, and
a domestic non-profit corporation,

      Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign corporation,

      Defendant.
_____/

U.S.D.C. Case No.: 1:21-cv-399

Hon. Hala Y. Jarbou

| | |
|---|---|
| L. Page Graves (P51649)<br>SMITH & JOHNSON, ATTORNEYS, P.C.<br>Attorneys for Plaintiffs<br>P.O. Box 705<br>Traverse City, MI  49685<br>(231) 946-0700<br>pgraves@smith-johnson.com | Andrea E. Forsyth (P77297)<br>PLUNKETT COONEY, PC<br>Attorney for Defendant<br>333 Bridge Street NW, Suite 530<br>Grand Rapids, MI  49504<br>(616)752-4617<br>aforsyth@plunkettcooney.com |

_____/

## PROOF OF SERVICE

Kristen Isaacs says that on July 12, 2021 she did serve **ATTACHMENTS TO PLAINTIFFS' INITIAL DISCLOSURES** by depositing the same in a United States mail receptacle, with first-class postage thereon fully prepaid, in Traverse City, Michigan, enclosed in a sealed envelope plainly addressed to the following at said address:

Andrea E. Forsyth
PLUNKETT COONEY, PC
333 Bridge Street NW, Suite 530
Grand Rapids, MI  49504

    I certify the foregoing to be true and accurate to the best of my knowledge, information and belief.

Dated: July 12, 2021

*Kristen Isaacs*
Kristen Isaacs